Entered, S. federal courthouse

Clarence L. Dunson

v

DR. L.D. hoang, nurse griffith
nurse hewitt, T.L. Dicke
Mr pennaclo, miss Rairdeff
warden Reddoten, ass Jeffro

Filed 10/06/11 USDC FLMD 0940

an

4:11cv503-WS/WCS

Complaint

Civil action no._____
to be asingned by Clerk

Statement of facts

This is a Civil action authorized by 42 U.S.C. section 1983 to redress the deprivation, Under Color of state law, of Rights secured by the Constitution of the United states. the Court has jurisdiction under 28 U.S.C. section 1331 and 1343 (A)(B). plaintiff seeks declaratory relief pursuant to 28 U.S.C. section 2201 and 2202 plaintiff's claims for injunctive relief are Authorized by 28 U.S.C. section 2283 and 2284 and Rule 65 of the federal Rules of Civil procedure. this goes with medical Jackson Correctional Institution see statement of facts. Clarence Lorenzo Dunson is and was at all times mentioned herein a prisoner of the state of florida in the Custody of the florida Department of Corrections

he is Currently Confined in Union Correctional institution 7819 N.W. 228th street Raiford, fl, 32026 Defendants ① Doctor L. D. hoang, ② nurse griffith ③ nurse hewitt ④ Supervise of Classification mr. T. L. Dicks ⑤ my Classification officer mr. pernaclo, Classification I. T. C. Bond miss Raincluff warder Reddie, ass. warder Jeffco, is the Warden of Union Correctional institution, he is legally for the operation of Union Correctional institution and for the Welfare of all the inmates of that institution see above names. all work for this institution who at all times mentioned in this Complaint held the above positions and was assigned to Union Correctional institution, each defendants is sued individually and in his and her official Capacity. at all times mentioned in this Complaint each defendant acted under the color of state law. facts see exhibits grievances medical due litter for me I have a shot gun pellet in my left hand and two warts on my left foot my feet hurt all the time see my medical Records! legal Claims medical Violated Clarence Lorenzo Dunson medical needs at all times eighth and fourteenth amendment to the United States Constitution.

The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. plaintiff has been and will continue to be irreparably injured by the conduct of all the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks. wherefore, plaintiff respectfully prays that this court enter judgment granting plaintiff. a declaration that the act and omissions described herein violated plaintiff's Rights under the Constitution and laws of the United states. a preliminary and permanent injunction ordering all named defendants to let me see a real license Doctor. Then give me what I ask for and stop chargeing me for nothing. Compensatory Damages in the amount of ten million dollars against each defendants, jointly and severally. punitive Damages in the amount of ten million dollars against each Defendant. a jury trial on all issues triable by jury. plaintiff's cost in this suit and any additional relief this court deems just, proper, and equitable.

Date ___

Respectfully Submitted

Clarence Lorenza Dunson

Union Correctional Institution

7819 N.W. 228TH Street

Raiford, fl. 32026

D/C #168282

**INMATE REQUEST**

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

*(Instructions on Back)*

Mail Number: _____
Team Number: _____
Institution: _____

TO:
(Check One)

- [ ] Warden
- [ ] Asst. Warden
- [ ] Classification
- [ ] Security
- [✓] Medical
- [ ] Mental Health
- [ ] Dental
- [ ] Other

FROM: Inmate Name   Clarence Dunson

| DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|
| 168282 | BE 1107 | Kitchen | 9-3-2011 |

**REQUEST**

Check here if this is an informal grievance [ ]

I put my glasses with a sick Call Slip into the Box one nest window 8-28-2011 to be fixed I would like to Know when I will get my glasses back I was beating up by the officers in this institution that is how my glasses got brocking.

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

DATE RECEIVED:

RECEIVED
SEP 12 2011
HEALTH SERVICES
ADMINISTRATOR

You should have picked them up your self not, Check with sun sick call, now

[The following pertains to informal grievances only.]

J. HEWITT
SR. HSA
N.C.I.

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): J. Hewitt, SHSA UCI

Date: 9/16/11

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.
Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

## FLORIDA DEPARTMENT OF CORRECTIONS
### HEALTH SLIP/PASS

*EI-107*

**The below-named inmate is authorized for:**

- ☐ Bed-rest lay-in ........ From_____ To_____
- ☐ Low/bottom-bunk From_____ To_____
- ☐ No shave From_____ To_____
- ☒ Restricted activity From 9-14-11 To 9-14-12
- ☒ Restrictions: *No lifting area 15 pounds. No pushing, pulling, bending, squatting.*

☐ Other: From_____ To_____

Inmate _Williams_
DC# 110282    R/S ___    Authorized by: ___
Date of Birth 3-6-58    (Initial & Name Stamp)
Institution Union CI    Date: ___

**Health Slip/Pass**
**DC4-701D (2/96)**

A. Nazaren
U.C.I.

White/Medical Yellow/Security Pink:Inmate

---

## FLORIDA DEPARTMENT OF CORRECTIONS
### HEALTH SLIP/PASS

**The below-named inmate is authorized for:**

- ☐ Bed rest lay-in From_____ To_____
- ☐ Low/bottom bunk From_____ To_____
- ☒ No shave From_____ To_____
- ☐ Restricted activity From_____ To_____
- ☐ Restrictions:_____

☐ Other: From_____ To_____

Inmate ___
DC# ___    R/S ___    Authorized by: ___
Date of Birth ___    (Initial & Name Stamp)
Institution ___    Date: ___

**Health Slip/Pass**
**DC4-701D (2/96)**

DR. L.D. HOANG, MD
PHYSICIAN
UNION CI

White/Medical Yellow/Security Pink:/Inmate

**INMATE REQUEST**

H. A.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

*(Instructions on Back)*

Mail Number: _____
Team Number: _____
Institution: _____

TO:
(Check One)
☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☑ Medical
☐ Mental Health
☐ Dental
☐ Other _____

Supervisor

FROM: Inmate Name: Clauroe Dunson

DC Number: 168282

Quarters: B.C. 1107

Job Assignment: Kitchen

Date: 7-25-2011

**REQUEST**

Check here if this is an informal grievance ☑

I have had this Rash on my Neck for over a month!
I have put in 2 sick call slips to get some
Hetecanagal Cream look in my medical Records!
and to see a doctor or a skin doctor! I put
in my sick Bismuth pull Refills 2 months ago
and never got my Refills!

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

DATE RECEIVED: RECEIVED JAN 26 2011

HEALTH SERVICES ADMINISTRATOR

You were seen on 1/26/11 by the
Physician concerning your rash. The
Pepto Bismol was only written for 30 days on 9/29/10.
You may address sick call for a new prescription.

[The following pertains to informal grievances only: J. HEWETT
SR. HSA
UNIT
Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): J Hewett, SHSA, UCI

Date: 1/31/11

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

# INMATE REQUEST

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

**TO:** (Check One)
☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☑ Medical
☐ Mental Health
☐ Dental
☐ Other

*Supervise*

**FROM:** Inmate Name: Clarence Ounson   DC Number: 168282   Quarters: B E 1107   Job Assignment: Kitchen   Date: 8-16-2011

## REQUEST

Check here if this is an informal grievance ☐

On 8-5-2011 I saw DR. L.O. Hoory he sode that he would only me some pain pill for my Back and neck and some Thing for my Burn and something for my Burring feet on 8-12-2011 I put in a sick call request I was called in medical two days later and the mail nurse told me he would see what he could and I told him that my Restricted activites pass need Renewing he made this out and I have gotting nothing that I have ask for I would like to no wh is at anyone has are is donter loaking at my left foot and I am on my foot for 9 hours the me all of the above who put a lean on my accot but don't do what you say I need all of this thing A.S.A.P. *Thank you AK*

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: AUG 25 2011 HEALTH SERVICES ADMINISTRATOR

You were seen on 8/8/11 you were assessed and correctly charged. You actually saw Dr. Hoory on 7/30/11 in your Chronic illness clinic. On 8/31/11 the doctor did order Naprosyn for neck + back pain secondary to Arthritis, DJD + DDD. If you have further medical issues, you may choose to address sick call.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

J. HEWETT
SR. HSA
UNION CI

Official (Signature): J Hewett SHSA UCI   Date: 9/1/11

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.
Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

MAILED/FILED
WITH AGENCY CLERK

NOV 0 8 2010

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

DUNSON, CLARENCE          168282          10-6-34521          UNION C.I.                    G2208
_____          _____          _____          _____          _____
INMATE                   NUMBER          GRIEVANCE LOG NUMBER   CURRENT INMATE LOCATION   HOUSING LOCATION

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate
Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as
required by rule or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date
stamped in upper left corner) to resubmit your grievance at your current location in compliance with Chapter 33-103,
Inmate Grievance Procedure.  Attach a copy of this response to your re-filed grievance.

Based on the foregoing information, your grievance is returned without action.

S. Milliken

_____          _____          _____
SIGNATURE AND TYPED OR PRINTED NAME       SIGNATURE OF WARDEN, ASST. WARDEN, OR        DATE
OF EMPLOYEE RESPONDING                    SECRETARY'S REPRESENTATIVE                   11/4/10

COPY DISTRIBUTION -INSTITUTION / FACILITY          COPY DISTRIBUTION - CENTRAL OFFICE
    (2 Copies) Inmate                                  (1 Copy) Inmate
    (1 Copy) Inmate's File                             (1 Copy) Inmate's File - Inst./Facility
    (1 Copy) Retained by Official Responding           (1 Copy) C.O. Inmate File
                                                       (1 Copy) Retained by Official Responding

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: _____

*Formal Grievances* (Instructions on Back)

TO:
(Check One)
☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
*Supervises*
☒ Medical
☐ Mental Health
☐ Dental
☐ Other _____

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Clarence Quason | 168282 | B.D.1102 | Kitchen | 2-3-2011 |

REQUEST J. Hewett    Check here if this is an informal grievance ☐

(1) I would like a bigger tube of this neptalin cream this 30 grams on my refill is not going to last me untill the 26 of this month and this rash is on my back and (2) this doctor Ivanna Cant understand me because he told me that he would give me something better then this pink-Bizmol pill for my upset stomack and I never get that? (3) Y do I have to Kop asking toward medical sick call over and over for the same things I was sent and writing to you to get what I need. You don't have a female taking 500 out of my record for not doing your jobs for me then?

please took Car of this matters. thank you

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

RECEIVED

**RESPONSE**

DATE RECEIVED: FEB 04 2011

HEALTH SERVICES
ADMINISTRATOR

YOU HAVE THE OPTION
OF ADDRESSING THIS
ISSUE THROUGH SICK
CALL PROCEDURES

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): J. Macey    1. MACEY, HSA    Date: 2-8-11
UNION CI

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**ATE REQUEST**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

**TO:**
(Check One)

☐ Warden
☐ Asst. Warden

☐ Classification
☐ Security

☑ Medical
☐ Mental Health

☐ Dental
☐ Other

| **FROM:** | Inmate Name Clarcca Durso | DC Number 168782 | Quarters B.C, 1102 | Job Assignment Kitchen | Date 7-25-2011 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if it is an informal grievance ☐

I have had this Rash on my Neck for over a month.
I have put in 2 sick call slips to get some
Ketocornagol Cream look in my medical Records!
and to see a doctor or a skin doctor! I put
in my pink Bismuth pill Refills 2 months ago
and never got my Refills!

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

**RESPONSE**                    **DO NOT WRITE BELOW THIS LINE**

DATE RECEIVED:

RECEIVED
JAN 26 2011
HEALTH SERVICES
ADMINISTRATOR

You were seen on 1/26/11 by the
Physician concerning your rash. The
Pepto Bismol was only written for 30 days on 9/29/10.
You may address sick call for a new prescription.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

J. HEWETT
SR. HSA
UNI OCI

| Official (Signature): J. Hewett, SHSA, UCI | Date: 1/31/11 |
|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.
Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

# INMATE REQUEST

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

*Formal Grievances*

(Instructions on Back)

| Mail Number: |
|---|
| Team Number: |
| Institution: |

**TO:**
(Check One)
- [ ] Warden
- [ ] Asst. Warden
- [ ] Classification
- [ ] Security
- [x] Medical *Supervisor*
- [ ] Mental Health
- [ ] Dental
- [ ] Other

| FROM: Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|
| Clarence Duncan | 168282 | B.D.110? | Kitchen | 2-3-20 11 |

**REQUEST:** J. Hewett

Check here if this is an informal grievance [ ]

(1) I would like a bigger tube of this Neptalin Cream this 30 grams on my refill is not going to last me until the 2 of this month and this Rash is on my neck and Back (2) this doctor Irons Can't understand me because he told me that he would give me something better then this pill B-Simel pill for my upset stomack and I never got that? (3) Do I have to keep asking you and Madigan writing sick Call over and over for the same things keep week and writing to you to get what I need. You don't have a promble takeing $5.00 out of my record for not doing your jobs for me the way.

please take Con of this matters thank you

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

DO NOT WRITE BELOW THIS LINE

**RESPONSE**

RECEIVED

DATE RECEIVED: FEB 04 2011

HEALTH SERVICES ADMINISTRATOR

YOU HAVE THE OPTION OF ADDRESSING THIS ISSUE THROUGH SICK CALL PROCEDURES

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): J. Macey    J. MACEY, HSA UNION CI    Date: 2-8-11

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

**INMATE REQUEST**

RECEIVED

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

OCT 22 2010 (Instructions on Back)

ASSISTANT WARDEN'S OFFICE

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☑ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other _____ |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Clarence Dunson | 282 | C.C. 208 | Death Row O | 10-19-2010 |

**REQUEST**                          Check here if this is an informal grievance ☑

I would like to no y I Cant get a pear of state long
Johns or my medical issued long Johns? I would
like for you to get Inmates to give me a pear of long
Johns

thank you

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

----- DO NOT WRITE BELOW THIS LINE -----

**RESPONSE**                          DATE RECEIVED: _____

Refer to Laundry for review-copy response to AWO.
B. Whitehead / gs   10-22-10

You ~~Are~~ DO NOT HAVE A MEDICAL PASS FROM UNION C.I.
OR ANY OTHER INSTITUTION THAT ALLOWS YOU TO BE ISSUED
LONG JOHNS / M

get long johns thru the Kitchen
11-9-11

[The following pertains to informal grievances only:
Based on the above information, your grievance is **Denied** . (Returned, Denied or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: |
|---|---|
| | 11-5-10 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

TO: (Check One)
☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☑ Medical
☐ Mental Health
☐ Dental
☐ Other

FROM: Inmate Name: Clarence Dunson | DC Number: 168282 | Quarters: C-G-3108 | Job Assignment: Death Row O | Date: 10-6-2010

**REQUEST**                        Check here if this is an informal grievance ☑

I have had this medical pass for 3 years at Jackson Correction institution I have been to the laundry 4 times and I keep getting the run around for my state issued medical long johns! I would like for you to give me a medical pass for this institution or call the laundry so I can get my long johns! Thank you

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

DO NOT WRITE BELOW THIS LINE

**RESPONSE**                        DATE RECEIVED OCT 14 2010

Clothing is not a medical issue
they to Security has criteria in issuing Long Johns -

RECEIVED
OCT 14 2010
HEALTH SERVICES ADMINISTRATOR CI

RECEIVED
OCT 18 2010
SRNS OFFICE
UNION CI

B. DEWOODY, SRNS
UNION C.I.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _denied_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): Beth DeWoody R | Date: 10/18/10

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

exhibit

## INMATE REQUEST

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: OC-10-459
Team Number: _____
Institution: _____

**TO:** (Check One)
☑ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☐ Medical
☐ Mental Health
☐ Dental
☐ Other _____

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Clarence Dunson | 168282 | G1207 | D.R.O. | 8-27-2010 |

**REQUEST**                    Check here if this is an informal grievance ☑

I have had this passis for 7 years. I saw R. Ratliff
MD physician of DCI and got my Restricted/activity
pass for this intution no lifting, no pulling, no pushing
no squating. I am doing all of this and more as a
Death Row Orderly I am 53 years old. I nurse never should
have put me on this job in the first place and I
have Hi Blood pressure! I would like a job change

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

RECEIVED AUG 31 2010

**RESPONSE**  Refereed to S. Penn for a Response.   **DATE RECEIVED:** 8-31-10

With your back restriction of no lift > 15lbs, pull/push/squat,
you should be able to work as an orderly on Death Row.
They only have to work you within your restriction and I
do not see a problem with your job and your work restrictions.
Furthermore, you have only had this job since July 27, 2010, not
long enough to ask for a job change.

What do I have to die before I get
help!

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _Denied_ ____. (Returned, Denied, or Approved).  If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Signature): _____    Date: 9-7-10

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

#2

STATE OF FLORIDA
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden | ☐ Classification | ☑ Medical | ☐ Dental |
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name Clarence Duncan | DC Number 168282 | Quarters LG11207 | Job Assignment D.R.O. | Date 8-25-2010 |

REQUEST Miss hewitt                           Check here if this is an informal grievance ☑

I have been to sick call 3 times asking to see a
doctor for the pain in my neck and Back and heard
the nurse in medical keep lieing to me I have a
Restricted activity pass for no lifting, pulling and
pushing from 12-4-09 to 12-4-2010 I have had this
pass for 7 yrs now medical cant find my pass.
I have this pass right now! no Rhedime 25 pounds

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to/in writing.

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE                                        DATE RECEIVED:

Actually you are scheduled to see
the doctor in the near future.

RECEIVED
SEP 01 2010
HEALTH SERVICES
ADMINISTRATOR

J. HEWITT
SR. HSA
UNION CI

[The following pertains to informal grievances only.]

Based on the above information, your grievance is _____ . (Returned, Denied or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Signature): J Hewitt, SHSA, UCI          Date: 9/14/10

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

RECEIVED
OCT 07 2010
MEDICAL RECORDS
UNION CI

Incorporated by Reference in Rule 33-103.019, F.A.C.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

*Roomal Grievance*

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

TO:
(Check One)

☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☑ Medical
☐ Mental Health
☐ Dental
☐ Other _____

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Clarence Dunson | 168282 | CH 3/07 | D.R.O | 9-27-2010 |

**REQUEST**                                   Check here if this is an informal grievance ☑

Mis hewett it has ben a mouth and I have not seen a doctor yet Could you please move me by on the doctor list thank you!

Y am I still a orderly!

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

RECEIVED
OCT 07 2010
HEALTH SERVICES ADMINISTRATOR

DATE RECEIVED: _____

**RESPONSE**

You were seen on 9/29/10.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

J. HEWETT
SR-HSA
UNION CI

Official (Signature): J Hewett, SHSA, UCI          Date: 10/18/10

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate file.

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

RECEIVED
OCT 07 2010
MEDICAL RECORDS
UNION CI

Incorporated by Reference in Rule 33-103.019, F.A.C.

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number:
Team Number: _____
Institution: _____

(Instructions on Back)

*Superuisor!*

TO:
(Check One)
☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☑ Medical
☐ Mental Health
☐ Dental
☐ Other

FROM: Inmate Name *Clarence Dunson*  | DC Number **168282** | Quarters **C.H. 3107** | Job Assignment **Death Row** | Date **9-18-2010**

REQUEST *Superuisor!*

Check here if this is an informal grievance ☑

On 9-10-2010 I declared a medical emergency the nurse that shot my medical emergency papers work said that I was not bleeding so ther was no medical emeracy I need to see a doctor A.S.A.P. I have ben tacking the IB upafen 800MG for the pains in my Neck and Back for years I think that is y my stomack is herting and I am coffing up a litter blood I am in consistant

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

*Other*

DO NOT WRITE BELOW THIS LINE

RECEIVED
OCT 0 3  DATE RECEIVED:
GRIEVANCE
UNION C.I.

RECEIVED
SEP 22 2010
HEALTH SERVICES
ADMINISTRATOR

**RESPONSE**

You were seen by the doctor. Your labs were all within normal limits + your Hemocoul test @ for bleeding. If the problem pesists you have the option of addressing sick call.

R. DEWOODY, SRNS
UNION C.I.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is *denied* . (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): *R. DeWoody Re* | Date: **10-3-10**

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

grounds (1) Bound V Smith 430 US 483, 52 L ED 72 97 S CT 540 C 1941) all prisoners have a fundamental Right to adequate effective and meaningful access to the Courts to Challenge Violation of their Constitutional Rights!

grounds (2) Clarke V Stotler 121 F 3 D 222 C 5 TH Cir 1997) prison officials may NOT Retaliate against or harass Inmate exercise of the Right of access to the Courts!

grounds (3) Madrid V Gomez 150 F 3 D 1030 C 9 TH Cir 1998) all prisoners possess the Right of access to the Courts NOT only to pursue appeals from Criminal Conviction but also to assert CIVIL RIGHTs ACTIONs!

ground # (4) Right NOW! Chriceal V philips 169 F 3 D 313 C 5 TH Cir 1999) prison Clearly have a Contitutionally protected Right of Access to the Court and Interference with a prisoner's Rights to access to the Courts, such as Delay, may Result in A Constitutional Deprivation!

Aiding and abetting

see Chia V Cambra 281 F 3 D 1032 C 9 TH Cir 2002.)

Sincerity

Mr. Clarence L. Durso

IRNO601

FLORIDA DEPARTMENT OF CORRECTIONS          07/14/2011          13:50
INMATE MANAGEMENT PLAN

PAGE: 1

DC#: 168282          NAME: DUNSON, CLARENCE L.
R/S: B/M          LOCATION: UNION C.I.                    TRD: 99/98/9999          85% DATE: 99/00/9999
                                                         BED: E11071          TEAM: 08

EXTERNAL STATUS: ACTIVE
INTERNAL STATUS: GENERAL POPULATION          AM JOB: LABORER-FOOD SERVICE          CUSTODY : CLOSE
                                            PM JOB: LABORER-FOOD SERVICE          VISIT STATUS : APPROVED

ASSESSMENT DATE: 07/14/2011          ASSESSED BY: PSD10 - PARRA, SHAWN D.
                          FACILITY WHERE ASSESSED: 213 UNION C.I.
                          PERIOD OF ASSESSMENT: FROM: 07/14/2010  TO: 07/14/2011
                          CUSTODY DURING ASSESSMENT: CLOSE

---

REVIEW PERIOD ADJUSTMENT

AVERAGE RATINGS
          WORK/PROGRAM ASSIGNMENTS: ABOVE SATISFACTORY
               HOUSING/SECURITY: ABOVE SATISFACTORY                    TRANSFER DATA
                                                                 GOOD ADJUSTMENT TRANSFER: APPROVED
DISCIPLINARY RECORD                                              EDUCATION/VOCATION TRANSFER: N/A
          MAJOR DR'S THIS PERIOD:     0
          MINOR DR'S THIS PERIOD:     0          GAIN TIME RECORDS
          TOTAL DR'S THIS PERIOD:     0               EARNED G/T THIS PERIOD: LIFE
     TOTAL DR'S SINCE ADMISSION:     7               G/T LOSS THIS PERIOD: LIFE
                                                G/T NET AWARD THIS PERIOD: LIFE
                                                G/T EARNED SINCE ADMISSION: LIFE
OVERALL ADJUSTMENT THIS PERIOD: ABOVE SATISFACTORY          G/T LOSS SINCE ADMISSION: LIFE
                                           G/T NET AWARD SINCE ADMISSION: LIFE

---

INTERESTS AND MOTIVATION

WORK ASSIGNMENT INTERESTS:
               1. N/A                              PROGRAMMING INTERESTS:
               2. N/A                                   1. ARTS/DESIGN VC
               3. N/A                                   2. N/A
                                                      3. N/A
          FAITH BASED PROGRAMMING: N
     RE-ENTRY FACILITY PROGRAMMING: N
          P.R.I.D.E. ASSIGNMENT: N          MOTIVATION ASSESSMENT: EXCELLENT

THIS INMATE MANAGEMENT PLAN SHOWS YOUR OVERALL ADJUSTMENT DURING THE STATED REVIEW PERIOD. YOU ARE ENCOURAGED TO REMAIN DR FREE,
MAINTAIN POSITIVE INSTITUTIONAL ADJUSTMENT AND STRIVE FOR POSITIVE REVIEWS IN YOUR SECURITY AND WORK OR PROGRAM RATINGS.
YOU ARE ENCOURAGED TO PARTICIPATE IN SUBSTANCE ABUSE, EDUCATIONAL, VOCATIONAL AND RE-ENTRY PROGRAMS AS THEY BECOME AVAILABLE TO
YOU. THESE PROGRAMS WILL HELP YOU FACILITATE A SUCCESSFULL TRANSITION BACK TO SOCIETY AND YOU WILL BE ASSESSED FOR THESE PROGRAMS
WITHIN A CERTAIN TIME FRAME PRIOR TO RELEASE WHICH WILL BE BASED, IN PART, ON YOUR ADJUSTMENT, NEEDS AND PROGRAM AVAILABILITY.

CLASSIFICATION OFFICER COMMENTS

NONE

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Copy #2 formal Greivance (Instructions on Back)

Mail Number: 08-11-151
Team Number:
Institution:

TO: (Check One)
☐ Warden
☐ Asst. Warden
☑ Classification
☐ Security
☐ Medical
☐ Mental Health
☐ Dental
☐ Other

FROM: Inmate Name
Clarence Dawson

DC Number: 168282
Quarters: B.E. 1107
Job Assignment: Kitchen
Date: 8-4-2011

REQUEST: Mr Dicks

Check here if this is an informal grievance ☑

I have sent you my Request and informal with a letter from the asst is warden on 7-12-2011 and Have not gotten any Response from you one 7-26-2011 I talked to investigator to answer No Job matter I should like to work on a job that I can do a Restricted activity pass for 8 years I cant do this cookery jobs and the Kitchen staff is mad at me I cant do these hours and denialing me access to the law library I am in three courts Right NOW I would like to be on your I.C.I job change list this week,

thank you

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

DATE RECEIVED:

RECEIVED AUG 0 8 2011

RECEIVED
AUG 09 2011
UNION C.I.
CLASSIFICATION

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____        Date: _____

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

⑧

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: 07-11-535
Team Number: _____
Institution: _____

**TO:**
(Check One)

☐ Warden
☐ Asst. Warden
☑ Classification
☐ Security
☐ Medical
☐ Mental Health
☐ Dental
☐ Other

Supervisor

**FROM:** Inmate Name  Clarence Dunson

DC Number: 168282
Quarters: B.E 1107
Job Assignment: Kitchen
Date: 7-25-2011

**REQUEST** Mr. Dicks

Check here if this is an informal grievance ☑

I would like a launder job or inside grounds
I have a Restricted activity pass. I do not want
any orderly job I had that job before and I cant
do it. this Attachment paper are self
explatory. I should be on the I.C.I. job
chang next week. Attachment page 3

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

RECEIVED JUL 2 9 2011
UNION C.I.

DATE RECEIVED: RECEIVED JUL 2 7 2011

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Signature): _____  Date: _____

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

*jot 7-18-11*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**UNION CORRECTIONAL INSTITUTION**

**OFFICE OF THE ASSISTANT WARDEN**

**MEMO TO:**   Dunson, Clarence #168282

**FROM:**   Assistant Warden N. Jeffcoat

**DATE:**   July 6, 2011

**SUBJECT:**   Request to the Inspector General's Office regarding abuse allegations

---

Your inmate request to the Inspector General's Office has been forwarded to the institution for review and response.

On December 9, 2010, you were placed in Administrative Confinement pending an allegation of staff abuse. The investigation concluded with no findings to support the claim of abuse and you were released back to population.

You have recently completed six months in your assigned job and are eligible for a job change. You will need to communicate your request to your classification officer. The Institutional Classification Team will review your request once it is received.

Your allegation of being denied access to the Law Library has been carefully reviewed. It has been determined that your allegation has no merit as I could not find any facts to support your allegations.

_____
Assistant Warden N. Jeffcoat

*this is a postafy document that I got back 8-30-2011*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**ATE REQUEST**

Mail Number: _____
Team Number: 8
Institution: _____

**(Instructions on Back)**   E1-107

Supervise

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☑ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name<br>Clarence Dunson | DC Number<br>168782 | Quarters<br>B.C. 1107 | Job Assignment<br>Kitchen | Date<br>7-12-2011 |
|---|---|---|---|---|---|

**REQUEST** T. L. Dicks     Check here if this is an informal grievance ☐

I had a Call out to see my Classification officer Mr. Parra
I came to the movement Center and was not seen. I would
like a job Change because I am being denied access to the
law Library I am in 3 Counts the new shift is from 5:00pm
to 2:00pm I was going to the law Library 8 times a week now
I can only go twice times a week and that is on my days
off I was put on this shift 3-9-2011 this is a rotation

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview.  All
informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    DATE RECEIVED:

You Have only Been At this JoB For
6 months. you Have To Have A year To
request A JoB Change.

this is a lie.

RECEIVED
JUL 14 2011
UNION C.I.
CLASSIFICATION

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: 7-18-11 |
|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

have ben doing this Kitchen job for 9 mouths. I was d a job in the lounder by invistiagation Roohequist or I lefted that death Row or loler job but I never got it y. I would like that lounder job or a inside grounds job. I Keep geting into things in the Kitchen because I Cant lifted this heavy pots and pands and I am tord of the Kitchen if you want help me then I will go to Confirement and mess up my good ajustment transfen. this are two Reeing y I should be put on anther job.

STATE OF FLORIDA
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Copy #2 FORMAL GRIEVANCE   08-11-150

(Instructions on Back)

Mail Number: _____
Team Number: _____ 8
Institution: _____ 8

| TO: (Check One) | ☐ Warden  ☑ Asst. Warden | ☐ Classification  ☐ Security | ☐ Medical  ☐ Dental | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Clarence L Dunson | 168282 | B,E,1107 | Kitchen | 8-4-2011 |

**REQUEST**

asst warden Classification is defining you and the attorny general letters to give me a job that I can do in the launder or wi inside grounds I have to deal with investigator G green 7-26-20, he is sending a letter back to the attorny general on this job mat I have sent my Request and informal grievances and you letter me to mr T Dicks on 7-12-2011 and ant know Responses and first a him a formal grievance on this job Change matter I would like to s on this weeks I.C.I. list for aother job.

thank you

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

DATE RECEIVED:

RECEIVED AUG 0 8 2011

RECEIVED
AUG 09 2011
UNION C.I.
CLASSIFICATION

All you Have to Do is work within you work Restriction AND you CAN Do tHAt while working in THE Kitchen

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: 8-10-11 |
|---|---|

Distribution:   White   -Returned to Inmate   Pink   -Retained by official responding, or if the response is to an
            Canary  -Returned to Inmate            informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

Today is monday 8-29-2011 and the Kitchen
officers would not let put out my leagl
mail and when I get leagl mail the mail
Room officers have to Call the Kitchen for
me to pick up my leagl mail this Kitchen
job is a restatiable job you know and
I know that this pople Can Change any
ones job when they went to. The only
day that I Can put my leagl mail out is
on friday and fridays and saterday on
my days off. this is the 3 time that
this grounds have beate my up and this
is the frost time that they have made
me bleed and tryed to Cripple me I
will weeight jeptll the Courts and all
the organizations that I have sent

letters to for help then I will tack

matters in to my one hands because I am

geting beatings up for nothings I might

as will tack a few of then with me

I need your help I am putting the last

bit of hope and faith in to you all

one more time then it is my time. What

happend to my Constitutional Guarantees and

safety in this institutions from this so called

offices?

Sincerity

Mr. Clarence Lorenzo Duncan

```
                    FLORIDA DEPARTMENT OF CORRECTIONS        06/14/11
        IISO885                   INMATE NOTICE
                       FOR MONTH OF: MAY,2011

INMATE NAME: DUNSON, CLARENCE  L.                DC NUMBER: 168282
FACILITY: UNION C.I.                    HOUSING ASSIGNMENT: E11071
                                              MAIL-BOX:

CLASSIFICATION TEAM: 08  PSD10 PARRA, SHAWN D
```

    THE INFORMATION CONTAINED IN THIS NOTICE IS PROVIDED FOR INFORMATION PURPOSES
    ONLY AND IS SUBJECT TO CHANGE AT ANY TIME.  GRIEVANCES RELATED TO THIS GAIN
    TIME AWARD SHALL BE FILED PURSUANT TO THE FORMAL GRIEVANCE PROCESS NO LATER
    THAN THE END OF THIS CALENDAR MONTH.

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                                                                       *
*  ASSIGNMENT PERFORMANCE:         ABOVE SATISFACTORY                    *
*     REASON (UNSATIS. OR ABOVE): PROGRAM/WORK ASSIGNMENT                *
*     EVALUATED BY:                UNION C.I.                            *
*                                                                       *
*  SECURITY EVALUATION:            ABOVE SATISFACTORY                    *
*     REASON (UNSATIS. OR ABOVE): GENERAL COMPOUND BEHAVIOR              *
*     EVALUATED BY:                UNION C.I.                            *
*                                                                       *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                                                                       *
*                                                            DAYS       *
*                                                            --         *
*  INCENTIVE GAIN TIME AWARD RECOMMENDED:                    NA         *
*     ENHANCED GAIN TIME AWARD RECOMMENDED:                  NA         *
*     STP GAIN TIME AWARD RECOMMENDED:                       10         *
*     VCC GAIN TIME AWARD RECOMMENDED:                       NA         *
*                                                                       *
*  MODIFICATION OF INCENT: (MITIGATED)  WORK/PROGRAM STABILITY          *
*                                                                       *
*  OTHER GAIN TIME AWARD RECOMMENDED:                                   *
*     WORK GAIN TIME AWARD RECOMMENDED:                      NA         *
*     EXTRA TIME AWARD RECOMMENDED:                          NA         *
*     CONST TIME AWARD RECOMMENDED:                          NA         *
*                                                                       *
*     THE ABOVE AWARDS MAY NOT APPLY TO ANY OR ALL COMMITMENTS BASED     *
*     UPON SENTENCING PROVISIONS AND/OR DISCIPLINARY ACTION.             *
*                                                                       *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CURRENT TENTATIVE RELEASE DATE: 99/98/9999
```

come to Union Corr... Restricted
tivity, no shave, low bunk pass I saw the Classification
C.P Board 7-27-2010 and got this job as a death Row orderly
an being made to pull and push this 800 pounds food cart
on a hall and thow a mess then put on to elevator then pull
and push it on to p. Dorm then I have to put 81 food trays
to anther food cart then put the jush jug that weighs 90 pounds
in me and anther prison have to give the food and drink out this
all on p Dorm 2 nourth upper Death Row Cameras then after that
have to put everything back and down out side then I have
to mop 8 floors and clean low and wall push up tray if I
out I will get a confinement and I will lose al of my personal
property and will get jumped on by the guards, because none they
use to do that work I got this institution Restricted activity
from 8-28-10 to 8-29-11 from R. Rodriguez M.D. physician
nion. C. I for no pushing no pulling no lifting over 15 pounds
+ squatest and I am doing all of this and much more. Y was I
sent to this institution ? Y am I a Death Row orderly ? Y cant I
get anther job? look at the Death Row Cameras I am a pain I
have Hi blood pressure I thank GOO that I have not had a
heart attcat or a strok my Back and neck has got worsser
thank that I have a hearner, you see this bull shit Response
that I got back the secretary of D.O.C. has not sent my
paper back I wonder will he. I need to get out of this
institution befor I am Murder for fighting for my Rights !

**STATE OF FLORIDA**
## INMATE REQUEST
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

TO:
(Check One)

☑ Warden
☐ Asst. Warden

Miss Rainstuff
☑ Classification
☐ Security

☐ Medical
☐ Mental Health

☐ Dental
☐ Other

| FROM: | Inmate Name: Clarence Ounson | DC Number: 168282 | Quarters: C, C, 208 | Job Assignment: Death Row O | Date: 10-15-10 |

**REQUEST**

Check here if this is an informal grievance ☐

Miss Rainstuff! I came to Union Correctional institution 7-23-10 with a Restricted activity pass from Jackson C.I. I saw the I.C.T board 7-27-10 I was made a death Row orderly! I got a restricted activity pass from this institution from R. Rodriguez M.D. physician 8-28-10 to 8-29-11 I have sent my Classification office grievances and the I.C.T Board that have talked to inspector C.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

if not this week 20 too ~~DO NOT WRITE BELOW THIS LINE~~ November 4 put it 5th put in paperwork

**RESPONSE**

DATE RECEIVED: _____

RECEIVED
UNION C.I.
CLASSIFICATION

I will put you on next weeks ICT docket and you can make a job reassignment request to the ICT.

Now Classification has put me in the Kitchen this is worsen than death Row you call inspector Rodriguez I was told I was going to the Laundry

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied,

all quiet times because I am being threaten by staff members death Row because I Cant do this job. then have be 3 men with e same pass that I have and they are gone to new jobs! Y I still a death Row orderly? this is elderly abuse in a tate institution florida statute 825.103 - 825.107 (G) and 15.102 (1) 2008 I would like to be tasking af off this b A.S.A.P. I am in fear for my life everyday on this job

copy # 4

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

RECEIVED

OCT 14 2010

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

TO: ☐ Warden     ☐ Assistant Warden     ☑ Secretary, Florida Department of Corrections

From: Dunson Clarence L          168282          Union Correctional institution
    Last    First    Middle Initial        Number            Institution

Part A – Inmate Grievance    10-6-30385

I came to Union Correctional institution 7-23-2010 with a Restricted
activity pass from Jackson Correctional institution. I saw the I.C.
T. Board 7-27-2010 and was made a Death Row orderly! I got
a Restricted activity pass from this institution from R. Rodriguez
M.D. physician 8-28-10 to 8-29-11. I have sent Classification the
inspector C. Rodriguez, the I.C.I. Board informal grievance,
formal grievance. I am being threaten by staff member on death
Row because I cant do their job! There has been 3 men with the
same pass and they all have either jobs now. Y am I still
a death Row orderly? This is elderly abuse in a state institution
florida statutes 825.103 and 825.107C(7) abuse 415.107(7)
florida statute 2008! I would like to be taking off of this

OCT 2 9 2010

Department of Cor...
Bureau of Inmate Grie... Appeals

**PART B - RESPONSE**

| DUNSON, CLARENCE | 168282 | 10-6-32385 | UNION C.I. | G22081 |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

NOTE: This grievance is not accepted as a grievance of a sensitive nature.

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections Chapter 33-103, Inmate Grievance Procedure.  The rule requires that you first submit your appeal at the appropriate level at the institution.  You have not done so or you have not provided this office with a copy of that appeal, nor have you provided a valid or acceptable reason for not following the rules.

Furthermore, if you fear staff, contact the institutional inspector. *did two times 9-24-10 -10-12-10*

If you fear another inmate, contact the shift officer in charge for immediate action. *did 9-24-10*

If you feel you need medical attention, contact the institutional medical department via the sick call/emergency process. *8-5-10 and 8-31-10*

When making allegations of staff misconduct, provide all pertinent information such as names, dates, times, places and specific details. *have times and dates will send in if I don't got my charge!*

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date stamped in upper left corner) to resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.  Attach a copy of this response to your re-filed grievance. *have evid. put in with my charge!*

Based on the foregoing information, your grievance is returned without action.

S. Milliken

SM   10/18/10

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

Reply!

## STATE OF FLORIDA
### DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

NOV 0 1 2010

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From: Durdor Clerence L         168282         Union Correctional Inst
      Last  First  Middle Initial       Number              Institution

Part A – Inmate Grievance    10-6-33521

I went to see the I.C.T Borad today 10-28-2010
they took me of off death Row and put me in the
Kitchen everthing in the Kitchen is hard for me to
do. I would like for you to talk to inspecter Rodriquy
in this institution becaus I was told by he and my
Classification that I was going to the laundey this
is happening becaus I have told the truth about what
is being dun to me in this institution this is a
Retention job. please Check on me I know that I wont
last on this job I will be in the O Dorm Confienment
I would like a houseman jobe, or a laundey jobe

MAILED/FILED
WITH AGENCY CLERK

NOV 0 8 2010

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| DUNSON, CLARENCE | 168282 | 10-6-34521 | UNION C.I. | G2208 |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date stamped in upper left corner) to resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.  Attach a copy of this response to your re-filed grievance.

Based on the foregoing information, your grievance is returned without action.

S. Milliken

SVM                                                                                    11 4 10

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

put in with medical Request to Launder

Care of all inmates Rule 33.602.101

each inmate shall be issued sufficent Clothing including long Johns with a medical pass, outer Clothing, underware, socks, shoes, in addition inmates shall be furnished sufficent Clothing during the cold weather to insure adequate warmth and each inmate shall be required to mack a change of outer Clothing at least twice a week! The launder will not answers any of my grievances

I have read the foregoing Complaint and hereby Verify that the matters alleged therein are true. I Certify under penalty of perjury that the foregoing is true and Correct.

date 9-25-2011 Union florida

Clarence Lorenza Dunson